**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Freddie Loy WALKER, Jr.,**
**Defendant–Appellant.**

No. 12–14075
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Oct. 23, 2013.

Robert G. Davies, U.S. Attorney's Office, Pensacola, FL, Terry Flynn, Corey J. Smith, James Michael Ustynoski, U.S. Attorney's Office, Tallahassee, FL, Pamela C. Marsh, U.S. Attorney's Office, Gainesville, FL, for Plaintiff–Appellee.

Michael Robert Ufferman, Michael Ufferman Law Firm, PA, Tallahassee, FL, for Defendant–Appellant.

Before MARTIN, JORDAN and BLACK, Circuit Judges.

PER CURIAM:

Michael Ufferman, appointed counsel for Freddie Loy Walker Jr., in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Walker's conviction and sentence are **AFFIRMED.**